**Order entered November 18, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00235-CV

## IN RE THE ESTATE OF BOBBIE WILLINGHAM

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR 17-04085-3**

## ORDER

Before the Court is appellant's unopposed motion to extend time to file his reply brief. We **GRANT** the motion and **ORDER** the reply brief received November 13, 2020 filed as of the date of this order.

/s/   KEN MOLBERG
       JUSTICE